**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES BROOKE,**

        **Plaintiff,**

**-vs-**                                                      **Case No. 6:10-cv-982-Orl-22DAB**

**ADMINISTRATIVE MAINTENANCE SERVICES, LLC; UNIVERSITY PROPERTIES, LLC; PLEASURE PROPERTIES, LLC; SUNSHINE PROPERTIES, LLC; WILD OLIVE PROPERTIES, LLC; VAN PROPERTIES, LLC; KIWI PROPERTIES, LLC; SOUTHEASTERN CONTRACTING AND DEVELOPMENT, INC. and WILLIAM VANDERVEER,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion to Approve Settlement (Doc. No. 40) filed on September 16, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 26, 2011 (Doc. No. 41) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Approve Settlement (Doc. No. 40) is DENIED without prejudice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 17, 2011.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge